1. John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
2. 999 Third Avenue, Suite 2600
Seattle, Washington 98104
3. Telephone: (206) 292-8008
Facsimile: (206) 340-0289
4. Email: jcasperson@hwb-law.com

5.     Attorneys for Plaintiff

6.

       IN THE UNITED STATES DISTRICT COURT

7.

       FOR THE DISTRICT OF ALASKA

8.

9. DOUGLAS R. ELWELL, and KRISTEN T.
VITTONE, individuals.

10.

       Plaintiffs,

11.

    v.                        IN ADMIRALTY

12.

MORTGAGE ELECTRONIC REGISTRATION
13. SYSTEMS, INC.

14.        Defendant.       Case No.

15.

16. **COMPLAINT (46 U.S.C. § 31343)**

17.     COMES NOW the Plaintiffs, Douglas R. Elwell and Kristen T. Vittone, and

18. through their attorneys, Holmes Weddle & Barcott, and complain against defendant

19. Mortgage Electronic Registration Systems, Inc. ("MERS"), as set forth below.

20. **JURISDICTION**

21.

    1.     Jurisdiction is based upon 28 U.S.C. § 1333, admiralty, and 28 U.S.C. § 1331,
22.

federal question, specifically 46 U.S.C. § 31343. This is an admiralty or maritime claim
23.

within the meaning of Fed. R. Civ. P. 9(h).
24.

25.

26. COMPLAINT (46 U.S.C. § 31343)
*Douglas Elwell v. Mortgage Electronic Registration, Inc.*
Case No.       - Page 1 of 3

**HOLMES WEDDLE & BARCOTT,
A PROFESSIONAL CORPORATION**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1.

2.    The Plaintiffs, Douglas R. Elwell and Kristen T. Vittone, are the owners of the

2.

vessel MISS ALISON, Official Number 944288 ("Vessel").

3.

3.    The Plaintiffs seek a declaration that the Vessel is not subject to a preferred

4.

mortgage held by MERS.

5.

6.    4.    The Vessel is in Naknek, in the District of Alaska.

7.                        **COUNT I:  MERS**

8.                        **(No Maritime Lien)**

9.

5.    The Small Business Administration (SBA) filed a preferred mortgage on the

10.

Vessel with the United States Coast Guard (USCG) on December 28, 1998.

11.

12.    6.    The SBA assigned the preferred mortgage to MERS. The assignment was filed

13.    with the USCG on March 18. 2003. A copy of the Vessel abstract from the U.S. Coast

14.    Guard is attached hereto as **Exhibit A**.

15.    7.    The preferred mortgage held by MERS against the Vessel was for the amount

16.    of $40,200.00.

17.

18.    8.    The preferred mortgage has been fully paid and discharged as of May 23,

19.    2013.

20.    9.    The preferred mortgage is a cloud on the title to the Vessel and impairs the use

21.    and marketability of the Vessel.

22.

23.    10.    The Plaintiffs have demanded that MERS discharge the preferred mortgage,

but MERS has failed and refused to do so.

24.

25.

26.    COMPLAINT (46 U.S.C. § 31343)
       *Douglas Elwell v. Mortgage Electronic Registration, Inc.*
       Case No.            - Page 2 of 3

**HOLMES WEDDLE & BARCOTT,**
**A PROFESSIONAL CORPORATION**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

**WHEREFORE,** Plaintiffs pray that the Court declare and award as follows:

1.  Declare that the Vessel MISS ALISON is not subject to a preferred mortgage in favor of MERS.

2.  Award the Plaintiffs all fees and costs in connection with this action pursuant 46 U.S.C. § 31343.

3.  Enter such other and further relief as the court deems reasonable and just.

DATED this 30th day of September, 2014.

HOLMES WEDDLE & BARCOTT,
A PROFESSIONAL CORPORATION


_____s/John E. Casperson_____
John E. Casperson, ABA #7910076
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone:  (206) 292-8008
Facsimile:   (206) 340-0289
Email:       jcasperson@hwb-law.com
Attorney for Plaintiff

G:\6183\28259\Pleading\Complaint A122009_3014.doc

COMPLAINT (46 U.S.C. § 31343)
*Douglas Elwell v. Mortgage Electronic Registration, Inc.*
Case No.                   - Page 3 of 3

**HOLMES WEDDLE & BARCOTT,**
**A PROFESSIONAL CORPORATION**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289