John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOUGLAS R. ELWELL, and KRISTEN T. VITTONE, individuals.<br>　　　　　　Plaintiffs,<br>　　v.<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>　　　　　　Defendant. | IN ADMIRALTY<br><br>Case No. 3:14-cv-00190-SLG |

**NOTICE OF VOLUNTARY DISMISSAL**

COME NOW plaintiffs DOUGLAS R. ELWELL, AND KRISTEN T. VITTONE,

dismiss this action pursuant to Civil Rule 41(a)(1)(i).

DATED this 7th day of November, 2014.

　　　　　　　　　　　　　　　　HOLMES WEDDLE & BARCOTT,
　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　　s/John E. Casperson
　　　　　　　　　　　　　　　　John E. Casperson, ABA #7910076
　　　　　　　　　　　　　　　　999 Third Avenue, Suite 2600
　　　　　　　　　　　　　　　　Seattle, Washington 98104
　　　　　　　　　　　　　　　　Telephone: (206) 292-8008
　　　　　　　　　　　　　　　　Facsimile: (206) 340-0289
　　　　　　　　　　　　　　　　Email: jcasperson@hwb-law.com
　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF DISMISSAL
*Douglas Elwell v. Mortgage Electronic Registration, Inc.*
Case No.　　　　　- Page 1 of 2

**HOLMES WEDDLE & BARCOTT,**
**A PROFESSIONAL CORPORATION**
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00190-SLG   Document 6   Filed 11/07/14   Page 1 of 2

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 7th day of November, 2014, the foregoing was Efiled in the Alaska District Court.

_____s/ Janin Hendry_____
Janin Hendry

G:\6183\28259\Pleading\Drafts\Notice of Dismissal\Notice of Dismissal A82311_0714.doc

*Douglas Elwell v. Mortgage Electronic Registration, Inc.*
Case No.            - Page 2 of 2

HOLMES WEDDLE & BARCOTT,
A PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:14-cv-00190-SLG   Document 6   Filed 11/07/14   Page 2 of 2